☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | GBC Express, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4  7 – 4  6  2  7  8  8  3

**4. Debtor's address**

**Principal place of business**

10333 NE 1st St
Number          Street

Bellevue, WA 98004-0000
City                              State        ZIP Code

King
County

**Mailing address, if different from principal place of business**

Number          Street

City                              State        ZIP Code

**Location of principal assets, if different from principal place of business**

1600 120th Ave. NE
Number          Street

Bellevue, WA 98005
City                              State        ZIP Code

**5. Debtor's website (URL)**

N/A

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3   6   6   2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                    MM / DD / YYYY

         District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

         District _____  When _____
                                                       MM / DD / YYYY

         Case number, if known _____

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 2 of 66

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

| | |
|---|---|
| Number | Street |

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

               Contact name

               Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Case 23-11814-MLB   Doc 1   Filed 09/26/23   Ent. 09/26/23 23:30:36   Pg. 3 of 66

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/26/2023
MM/ DD/ YYYY

**X** /s/ Mihail Nicoara                                  Mihail Nicoara
Signature of authorized representative of debtor           Printed name

Title                     President

**18. Signature of attorney**

**X** _____ /s/ Steven Palmer _____ Date 09/26/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Steven Palmer
Printed name

Curtis, Casteel & Palmer, PLLC.
Firm name

3400 188th St. SW, STE 565 565
Number       Street

Lynnwood                             WA        98037
City                                     State       ZIP Code

_____            spalmer@curtislaw-pllc.com
Contact phone                         Email address

48823                                WA
Bar number                           State

Fill in this information to identify the case:

Debtor Name  **GBC Express, LLC**

United States Bankruptcy Court for the: **Western** District of **Washington**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking account | 5 6 3 0 | $6,490.88 |

**4. Other cash equivalents** *(Identify all)*

4.1 _____

4.2 _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$6,490.88**

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____

7.2 _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    |_____|

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | | Current value of debtor's interest |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    **$5,000.00** - **unknown** = ➜    **$5,000.00**
                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ = ➜    _____
                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    |  **$5,000.00** |

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

16.2 _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** | MM / DD / YYYY | | | |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |
| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **2020 Volvo 860 / VIN: 4V4NC9EJ6LN237364** | unknown | Online research | $60,000.00 |
| 47.2 **2020 FREIGHTLINER CASCADIA / VIN: 3AKJHHDR4LSLJ4304** | unknown | Online research | $65,000.00 |
| 47.3 **2019 FREIGHTLINER / VIN: 3AKJHHDR6KSKE2922** | unknown | Online research | $60,000.00 |
| 47.4 **2019 FREIGHTLINER / VIN: 1FUJHHDR5KLKH8449** | unknown | Online research | $60,000.00 |
| 47.5 **2019 FREIGHTLINER / VIN: 1FUJHHDR8KLKH8431** | unknown | Online research | $60,000.00 |
| 47.6 **2022 FREIGHTLINER / VIN: 3AKJHHDR8NSNC9408** | unknown | Online research | $100,000.00 |
| 47.7 **2022 FREIGHTLINER / VIN: 3AKJHHDR4NSNC9406** | unknown | Online research | $115,000.00 |
| 47.8 **2022 FREIGHTLINER / VIN: 3AKJHHDR6NSNC9410** | unknown | Online research | $115,000.00 |

| | | | |
|---|---|---|---|
| 47.9 **2022 FREIGHTLINER / VIN: 3AKJHHDRXNSNC9409** | unknown | Online research | $115,000.00 |
| 47.10 **2022 FREIGHTLINER / VIN: 3AKJHHDR6NSNC9407** | unknown | Online research | $115,000.00 |
| 47.11 **2023 VOLVO VNL / VIN: 4V4NC9EJ5PN319964** | unknown | Online research | $130,000.00 |
| 47.12 **2023 VOLVO VNL / VIN: 4V4NC9EJ4PN319969** | unknown | Online research | $130,000.00 |
| 47.13 **2023 VOLVO VNL / VIN: 4V4NC9EJXPN319961** | unknown | Online research | $130,000.00 |
| 47.14 **2023 VOLVO VNL / VIN: 4V4NC9EJ0PN319967 held by Commercial Credit Group** | unknown | Online research | $130,000.00 |
| 47.15 **2023 VOLVO VNL / VIN: 4V4NC9EJ9PN319966** | unknown | Online research | $130,000.00 |
| 47.16 **2023 VOLVO VNL / VIN: 4V4NC9EJ2PN319968 Held by CCG** | unknown | Online research | $130,000.00 |
| 47.17 **2019 VOLVO VNL / VIN: 4V4NC9EH1KN871872** | unknown | Online research | $60,000.00 |
| 47.18 **2019 VOLVO VNR / VIN: 4V4WB9EH2KN242824** | unknown | Online research | $50,000.00 |
| 47.19 **2019 VOLVO VNR / VIN: 4V4WB9EH5KN214502** | unknown | Online research | $50,000.00 |
| 47.20 **2019 VOLVO VNL / VIN: 4V4NC9TJ2KN212673** | unknown | Online research | $65,000.00 |
| 47.21 **2017 WABASH TRAILER / VIN: 1JJV53B7HL961381** | unknown | Online research | $35,000.00 |
| 47.22 **2016 UTILITY TRAILER / VIN: 1UYVS2538GU548802** | unknown | Online research | $30,000.00 |
| 47.23 **2019 VOLVO VNL / VIN: 4V4NC9TJ7KN216587** | unknown | Online research | $70,000.00 |
| 47.24 **2017 WABASH TRAILER / VIN: 1JJ532B1HL942339** | unknown | Online research | $35,000.00 |
| 47.25 **2017 WABASH TRAILER / VIN: 1JJ532B8HL942323** | unknown | Online research | $35,000.00 |
| 47.26 **2017 WABASH TRAILER / VIN: 1JJ532B6HL942384** | unknown | Online research | $35,000.00 |
| 47.27 **2016 UTILITY TRAILER / VIN: 1UYVS2535GU548806** | unknown | Online research | $30,000.00 |
| 47.28 **2016 UTILITY TRAILER / VIN: 1UYVS2539GM549411** | unknown | Online research | $35,000.00 |
| 47.29 **2020 BENSON STEP DECK / VIN: 1TTE532A5L3197088** | unknown | Online research | $50,000.00 |
| 47.30 **2022 WABASH / VIN: 1JJV532B9NL317523** | unknown | Online research | $55,000.00 |
| 47.31 **2020 WABASH / VIN: 1JJ532B6LL174950** | unknown | Online research | $50,000.00 |
| 47.32 **2020 WABASH / VIN: 1JJ532BXLL174806** | unknown | Online research | $50,000.00 |
| 47.33 **2017 WABASH TRAILER / VIN: 1JJV532B3HL006626** | unknown | Online research | $35,000.00 |
| 47.34 **2014 UTILITY TRAILER / VIN: 1UYVS2537EU841703** | unknown | Online research | $25,000.00 |
| 47.35 **2017 GREAT DANE TRAILER / VIN: 1GRAA0627HE701018** | unknown | Online research | $35,000.00 |
| 47.36 **2012 UTILITY TRAILER / VIN: 1UYVS25338CU339814** | unknown | Online research | $20,222.00 |
| 47.37 **2012 UTILITY TRAILER / VIN: 1UYVS2536CU340105** | unknown | Online research | $20,000.00 |
| 47.38 **2012 UTILTY TRAILER / VIN: 1UYVS2535CU411519** | unknown | Online research | $20,000.00 |
| 47.39 **2012 UTILTY TRAILER / VIN: 1UYVS2538CU411529** | unknown | Online research | $20,000.00 |
| 47.40 **2021 Mercedes-Benz S580** | unknown | KBB | $86,627.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

    48.1 _____   _____   _____   _____

    48.2 _____   _____   _____   _____

49. **Aircraft and accessories**

    49.1 _____   _____   _____   _____

    49.2 _____   _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

    _____   _____   _____   _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.        **$2,641,849.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:      Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:      All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➔ _____
                     Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

**Nature of claim**     _____

**Amount requested**     _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

**Nature of claim**     _____

**Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.      [_____]

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,490.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,641,849.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $2,653,339.88 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... | | $2,653,339.88 |

Fill in this information to identify the case:

Debtor name ___GBC Express, LLC_____

United States Bankruptcy Court for the: _____Western_____ District of ___Washington___
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Creditor's name**

Alliance Funding Group

**Creditor's mailing address**

17542 17th St 2nd Floor

Tustin, CA 92780-0000

**Creditor's email address, if known**

_____

Date debt was incurred          06.02.2022

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
    1) North Mill Credit Trust; **2) Alliance Funding Group**

**Describe debtor's property that is subject to a lien**

2016 UTILITY TRAILER

**Describe the lien**

Money lent

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $70,000.00    Column B: $30,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $3,444,192.41

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Amur Equipment Finance

**Creditor's mailing address**

304 W 3rd Street

PO Box 2555

Grand Island, NE 68801-0000

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    2  0  7  4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 1 truck has been repossessed

**Describe debtor's property that is subject to a lien**

2019 VOLVO VNL, 2017 WABASH TRAILER, 2017 WABASH TRAILER, 2016 UTILITY TRAILER, 2016 UTILITY TRAILER

**Describe the lien**

UCC1- 2021-238-4425-1, 2021-322-9497-9, 2022-062-1803-0

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $411,000.00 | $205,000.00 |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

Blue Bridge Financial, LLC

**Creditor's mailing address**

11921 Freedom D. 1130

Reston, VA 20190

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of**    6  7  9  5
**account**
**number**

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [x] Yes. Have you already specified the relative priority?

  - [x] No. Specify each creditor, including this creditor, and its relative priority.

    1) Volvo Financial Services; **2) Blue Bridge Financial, LLC**

  - [ ] Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $74,432.12    $35,000.00

2017 WABASH TRAILER

**Describe the lien**

UCC1- 2021-236-3679-5

**Is the creditor an insider or related party?**

- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 17 of 66

| Debtor | GBC Express, LLC | | Case number (if known) | |
|--------|------------------|--|------------------------|--|
| | Name | | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|--|--|--|

**2.4 Creditor's name**

Chase Auto

**Creditor's mailing address**

P.O. Box 901003

Fort Worth, TX 76101-0000

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $126,197.31      $86,627.00

2021 Mercedes-Benz S580

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Commercial Credit Group

**Describe debtor's property that is subject to a lien**

|  |  | $2,000,000.00 | $1,461,490.88 |
|---|---|---|---|

Bank of America , 2020 Volvo 860, 2020 FREIGHTLINER CASCADIA, 2022 FREIGHTLINER, 2022 FREIGHTLINER, 2019 FREIGHTLINER, 2019 FREIGHTLINER, 2022 FREIGHTLINER, 2022 FREIGHTLINER, 2023 VOLVO VNL, 2023 VOLVO VNL, 2023 VOLVO VNL, 2023 VOLVO VNL

**Creditor's mailing address**

2135 City Gate Lane Suite 440

Naperville, IL 60563-0000

**Creditor's email address, if known**

_____

**Describe the lien**

UCC1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   08.23.2021

**Last 4 digits of account number**   3 7 8 2

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.
        For 2023 VOLVO VNL: 1) Quality Towing; **2) Commercial Credit Group**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Commercial Credit Group is requesting $46,500.00, $61,323.00, and $61,323.00
Additional UCC 1s: 2017-032-3378-22017-173-9906-1; 2017-317-6134-9; 2018-330-0975-2, 2018-178-4149-1.
2018-081-8609-9, 2019-017-3765-5, 2019-346-6991-6, 2019-346-6991-6, 2019-087-0461-2, 2019-193-9109-2,
2019-053-1729-7, 2020-119-1014-3, 2021-061-1501-9, 2021-110-6407, 2021-232-2909-6, 2021-259-0505-9, 2021-357-9743-9,
2022-153-3007-5, 2022-153-3007-5, 2023-044-0548-6

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.6  Creditor's name**

Commercial Funding Inc.

**Describe debtor's property that is subject to a lien**

Column A: $0.00  
Column B: unknown

**Creditor's mailing address**

170 South Main St. 700

Salt Lake City, UT 84101

**Describe the lien**

UCC 1 - Debt paid in full, but UCC 3 not filed

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No  
☐ Yes

| **Date debt was incurred** | 10/22/2021 |
|---|---|

**Is anyone else liable on this claim?**

☑ No  
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

| **Last 4 digits of account number** | 3  0  2  1 |
|---|---|

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No  
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**Part 1:**    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

De Lage Landen Financial Services, Inc.

**Creditor's mailing address**

1111 Old Eagle School Rd.

Wayne, PA 19087

**Creditor's email address, if known**

Date debt was incurred    02/06/2019

Last 4 digits of account number    5 9 9 9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $91,000.00      $25,000.00

2014 UTILITY TRAILER

**Describe the lien**

UCC1 # 2019-037-8269-1, 2019-098-3161-4,2019-107-5903-7, 2019-179-5599-9, 220-113-9728-9

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** two of the trailers they were secured by were total losses, where the insurance coverage should have substantially paid down the underlying debt.

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8**   **Creditor's name**

Engs Commercial Finance Co

**Describe debtor's property that is subject to a lien**

2019 VOLVO VNL

    Column A: $102,941.79     Column B: $60,000.00

**Describe the lien**

**Creditor's mailing address**

One Pierce Place Suite 1100 West

Itasca, IL 60143-0000

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     07.21.2020

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     5 1 3 3

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No.   Specify each creditor, including this creditor, and its relative priority.

      1) Mitsubishi HC Capital America; **2) Engs Commercial Finance Co**

    ☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

M2 Equipment Finance

**Creditor's mailing address**

175 N Patrick Blvd Suite 140

Brookfield, WI 53045-0000

**Creditor's email address, if known**

_____

**Date debt was incurred**            12.22.2021

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                    $115,000.00          $100,000.00

2019 VOLVO VNR, 2019 VOLVO VNR

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.10 Creditor's name**

Mitsubishi HC Capital America

**Describe debtor's property that is subject to a lien**

2019 VOLVO VNL

$45,131.96

$60,000.00

**Creditor's mailing address**

One Pierce Place Suite 1100 West

Itasca, IL 60143-0000

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**          05.27.2021

**Last 4 digits of account number**     5  0  4  0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.8

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.11** **Creditor's name**

Mitsubishi HC Capital America

**Creditor's mailing address**

Mitsubishi

One Pierce Place Suite 1100 West

Itasca, IL 60143-0000

**Creditor's email address, if known**

_____

**Date debt was incurred**        07.21.2023

**Last 4 digits of account number**        4  4  3  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $136,072.11

Value of collateral: unknown

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

North Mill Credit Trust

**Creditor's mailing address**

9 Executive Circle Suite 230

Irvine, CA 92614-0000

**Creditor's email address, if known**

_____

**Date debt was incurred**      2/25/2022

**Last 4 digits of account number**    9  8  4  5

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Remarks:** UCC 1 2022-091-1853-5, 2022-098-4562-2

**Describe debtor's property that is subject to a lien**      $47,417.12      $30,000.00

2016 UTILITY TRAILER

**Describe the lien**

UCC 1 2022-091-1853-5, 2022-098-4562-2

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.13** **Creditor's name**

Quality Towing

**Creditor's mailing address**

14300 NE 193rd Pl Building A

Woodinville, WA 98072

**Creditor's email address, if known**

_____

**Date debt was incurred**    6/30/2023

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.5

**Describe debtor's property that is subject to a lien**

2023 VOLVO VNL

**Describe the lien**

claimed operator's lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

unknown          $130,000.00

**Remarks:** Debtor believes that the truck was illegally towed. Quality Towing towed the vehicle and did not inform Commercial Credit Group the lien holder. There is currently a dispute between Commercial Credit Group and Quality Towing.

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 27 of 66

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14**

**Creditor's name**

Volvo Financial Services

**Creditor's mailing address**

PO Box 91300

Mobile, AL 36691-1300

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    3  7  3  4

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For 2017 WABASH TRAILER:
    **1) Volvo Financial Services**;
    2) Blue Bridge Financial, LLC

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 WABASH TRAILER, 2019 VOLVO VNL

**Describe the lien**

UCC1 2021-183-8373-4

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$125,000.00          $100,000.00

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

WABASH National Financial Services

**Creditor's mailing address**

655 Business Center Dr. 250

Horsham, PA 19044

**Creditor's email address, if known**

**Date debt was incurred** ___04/20/2026___

**Last 4 digits of account number** __4__ __2__ __1__ __0__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 WABASH, 2020 WABASH

**Describe the lien**

UCC 1 on Trailer with VIN: 1JJV532B9NL317523 reposessed

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $100,000.00 | $100,000.00 |
|---|---|---|

**Remarks:** 1 trailer securing the loan was repossessed. 2 are still in debtor's posession 2020 WABASH 1JJ532B6LL174950, and 2020 WABASH 1JJ532BXLL174806

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| Presidential Bank<br>4520 East-West Highway<br>Bethesda, MD 20814 | Line 2. __2__ | __4__ __2__ __5__ __1__ |
| PNC Equipment Finance<br>655 Business Center Dr<br>Horsham, PA 19044 | Line 2. __15__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor name               GBC Express, LLC

United States Bankruptcy Court for the:

         Western District of Washington

Case number (if known): _____

☐ Check if this is an
    amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** | **$0.00**

Curtis, Casteel & Palmer, PLLC.

Curtis, Casteel & Palmer, PLLC

3400 188th St. SW, STE 565 565

Lynnwood, WA 98037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,000.00** | **$30,000.00**

IRS Centralized Insolvency

P.O. Box 7346

Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

**Financial Pacific Leasing Inc**
**3455 S 344th Way Suite 300**
**Federal Way, WA 98001-0000**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Deficiency Balance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,324.14**

**3.2 Nonpriority creditor's name and mailing address**

**Forward Financing**
**53 State St. 20th Floor**
**Boston, MA 02109**

**Date or dates debt was incurred** **07-12-2022**

**Last 4 digits of account number** **0 4 - 2**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **2022-193-4904-2**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$63,589.00**

**3.3 Nonpriority creditor's name and mailing address**

**M2 Equipment Finance**
**175 N Patrick Blvd Suite 140**
**Brookfield, WI 53045-0000**

**Date or dates debt was incurred** **01.02.2022**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Deficiency Balance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$103,500.00**

**3.4 Nonpriority creditor's name and mailing address**

**M2 Equipment Finance**
**Suite 140**
**175 N Patrick Blvd**
**Brookfield, WI 53045-0000**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$200,000.00**

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

Orange Commercial Credit

2415 Heritage Court SW

Olympia, WA 98502

Date or dates debt was incurred    8/10/2020

Last 4 digits of account number    2  4  -  9

**Remarks:**
These factoring loans were bought out by CFI, but the UCC was never terminated.

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC 2020-223-3524-9

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Pawnee Leasing Corporation

3801 Automation Wa 207

Fort Collins, CO 80525

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

Piolot Travel Centers, LLC

5508 Lonas Drive

Knoxville, TN 37909

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $17,621.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fuel Purchases

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

QL Titling Trust

9830 Bauer Dr. E

Indianapolis, IN 46280

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $61,214.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:   Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419,951.78 |
|---|---|---|---|

**Samsun Horus, LLC**

**17 State St.**

**New York, NY 10004**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __Judgment__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Last 4 digits of account number** __9__ __8__ - __9__

**Remarks:**  
There is a UCC, but it is in junior position and is fully unsecured and reduced to judgment in New York.

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,671.56 |
|---|---|---|---|

**TopMark Funding LLC**

**516 Gibson Drive Suite 160**

**Roseville, CA 95678-0000**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:** __Money Lent__

**Date or dates debt was incurred** __08.20.2021__

**Is the claim subject to offset?**  
☑ No  
☐ Yes

**Last 4 digits of account number** __9__ __8__ __1__ __8__

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Law Office of Benjamin E. Kelly PS**<br><br>**9218 Roosevelt Way NE**<br><br>**Seattle, WA 98115** | Line **3.7**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**   **McGavick, Graves**<br><br>**1102 Broadway 500**<br><br>**Tacoma, WA 98402** | Line **3.1**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **GBC Express, LLC**
Name

Case number *(if known)* _____

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$30,000.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$1,068,872.26** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,098,872.26** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GBC Express, LLC |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number (if known): | Chapter ___11___ |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name  **GBC Express, LLC**

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Washington**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Mihail Nicoara | 10333 NE 1st ST 443<br>Street<br><br>Bellevue, WA 98004<br>City     State     ZIP Code | Chase Auto | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City     State     ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.6 | _____ | _____ Street _____ _____ City        State        ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name          GBC Express, LLC

United States Bankruptcy Court for the:

Western District of Washington

Case number (if known): _____    Chapter   __11__

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*..........................................................................................

| $0.00 |

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*......................................................................................

| $2,653,339.88 |

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*........................................................................................

| $2,653,339.88 |

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $3,444,192.41 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................

| $30,000.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

**+** | $1,068,872.26 |

4. **Total liabilities**...........................................................................................................

| $4,543,064.67 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     GBC Express, LLC

United States Bankruptcy Court for the:

Western District of Washington

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $150,000.00 |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY | to   12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,500,000.00 |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY | to   12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,451,082.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY | to   12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY | to   12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 44 of 66

| Debtor | GBC Express, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Commercial Credit Group <br> Creditor's name <br><br> 2135 City Gate Lane <br> Street <br><br> Suite 440 <br><br> Naperville, IL 60563-0000 <br> City                State      ZIP Code | _____ <br><br><br> 08/31/2023 <br><br><br> 07/31/2023 | $55,000.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Mihail Nicoara <br> Creditor's name <br><br> 10333 NE 1st St. 336 <br> Street <br><br><br> Bellevue, WA 98004 <br> City                State      ZIP Code | _____ | $0.00 | President has only taken money for maintenance of vehicles for the last 12 months. |
| **Relationship to debtor** <br><br> President | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Commercial Credit Group <br> Creditor's name <br><br> 2135 City Gate Lane <br> Street <br><br> Suite 440 <br><br> Naperville, IL 60563-0000 <br> City                State      ZIP Code | 2023 VOLVO VNL 4V4NC9EJ0PN319967 with 132710 miles | 09/09/2023 | $125,000.00 |

**5.2.**    <u>Commercial Credit Group</u>
        Creditor's name

<u>2135 City Gate Lane</u>
Street

<u>Suite 440</u>

<u>Naperville, IL 60563-0000</u>
City             State     ZIP Code

<u>2017 GREAT DANE TRAILER</u>
1GRAA0627HE701018

<u>08/08/2023</u>       <u>$23,000.00</u>

**5.3.**    <u>Commercial Credit Group</u>
        Creditor's name

<u>2135 City Gate Lane</u>
Street

<u>Suite 440</u>

<u>Naperville, IL 60563-0000</u>
City             State     ZIP Code

<u>Currently being held by quality towing is holding</u>
2023 VOLVO VNL 4V4NC9EJ2PN319968. CCG
is attempting to stop the towing company from
getting the title using their lien.

<u>08/10/2023</u>       <u>$125,000.00</u>

**5.4.**    <u>Engs Commercial Finance Co</u>
        Creditor's name

<u>One Pierce Place</u>
Street

<u>Suite 1100 West</u>

<u>Itasca, IL 60143-0000</u>
City             State     ZIP Code

<u>2020 VOLVO VNK 4V4NC9EJXLN266091 and</u>
2017 WABASH TRAILER 1JJ532B9HL977467

<u>04/19/2023</u>       <u>$115,000.00</u>

**5.5.**    <u>Volvo Financial Services</u>
        Creditor's name

<u>PO Box 91300</u>
Street

<u>Mobile, AL 36691-1300</u>
City             State     ZIP Code

<u>2020 VOLVO VNL 4V4NC9TJ6LN253776</u>

<u>04/20/2023</u>       <u>$75,000.00</u>

**5.6.**    <u>North Mill Credit Trust</u>
        Creditor's name

<u>9 Executive Circle</u>
Street

<u>Suite 230</u>

<u>Irvine, CA 92614-0000</u>
City             State     ZIP Code

<u>2019 FREIGHTLINER 1FUJHHDR1KLKH8478</u>

<u>01/31/2023</u>       <u>$75,000.00</u>

**5.7.**    <u>North Mill Credit Trust</u>
        Creditor's name

<u>9 Executive Circle</u>
Street

<u>Suite 230</u>

<u>Irvine, CA 92614-0000</u>
City             State     ZIP Code

<u>2022 UTILITY TRAILER 3UTVS2537N8731074</u>

<u>03/01/2023</u>       <u>$80,000.00</u>

**5.8.**    <u>North Mill Credit Trust</u>
        Creditor's name

<u>9 Executive Circle</u>
Street

<u>Suite 230</u>

<u>Irvine, CA 92614-0000</u>
City             State     ZIP Code

<u>2016 UTILITY TRAIELR 1UYVS2535GU548904</u>

<u>03/01/2023</u>       <u>$30,000.00</u>

**5.9.**    <u>Amur Equipment Finance</u>
        Creditor's name

<u>304 W3rd Street</u>
Street

<u>PO Box 2555</u>

<u>Grand Island, NE 68801-0000</u>
City             State     ZIP Code

<u>2017 WABASH TRAILER 1JJ532B8HL942323</u>

<u>07/17/2023</u>       <u>$35,000.00</u>

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 46 of 66

| | | | | |
|---|---|---|---|---|
| 5.10. | Alliance Funding Group<br>Creditor's name | 2023 UTILITY STEP DECK<br>1UYFS2489P5775301 | 07/10/2023 | $55,000.00 |
| | 17542 17th St 2nd Floor<br>Street | | | |
| | | | | |
| | Tustin, CA 92780-0000<br>City      State    ZIP Code | | | |
| 5.11. | Pawnee Leasing Corporation<br>Creditor's name | 2016 UTILITY TRAILER 1UYVS253XGU549109 | 04/17/2023 | $35,000.00 |
| | 3801 Automation Way 207<br>Street | | | |
| | | | | |
| | Fort Collins, CO 80525<br>City      State    ZIP Code | | | |
| 5.12. | WABASH National Financial Services<br>Creditor's name | 2022 WABASH 1JJV532B9NL317523 | 06/30/2023 | $55,000.00 |
| | 655 Business Center Dr. 250<br>Street | | | |
| | | | | |
| | Horsham, PA 19044<br>City      State    ZIP Code | | | |
| 5.13. | Blue Bridge Financial, LLC<br>Creditor's name | 2017 WABASH TRAILER 1JJV53B5HL942361 | 07/17/2023 | $35,000.00 |
| | 11921 Freedom D. 1130<br>Street | | | |
| | | | | |
| | Reston, VA 20190<br>City      State    ZIP Code | | | |
| 5.14. | Quality Leasing<br>Creditor's name | 2020 UTILITY DRY VAN 1UYV2534L3122802 | 08/20/2023 | $37,000.00 |
| | 9830 Bauer Dr E<br>Street | | | |
| | | | | |
| | Indianapolis, IN 46280<br>City      State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City      State    ZIP Code | | | |

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 47 of 66

Debtor    <u>GBC Express, LLC</u>             Case number *(if known)*
         Name

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Financial Pacific Leasing | Breach of Contract | King County Superior Court <br> Name <br><br> 516 3rd Ave. <br> Street <br><br> Seattle, WA 98104-0000 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 23-2-05369-9 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | De Lage Landen Financial Services, Inc. | Breach of Contract | King County Superior Court <br> Name <br><br> 516 3rd Ave. <br> Street <br><br> Seattle, WA 98104-0000 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 23-2-09890 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City    State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City    State    ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Debtor | GBC Express, LLC | Case number *(if known)* |
| | Name | |

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City         State    ZIP Code

**Recipient's relationship to debtor**

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Curtis, Casteel & Palmer, PLLC. | Attorney's Fee | 9/27/2023 | $5,000.00 |

**Address**

3400 188th St. SW, STE 565 565
Street

Curtis, Casteel & Palmer, PLLC.

Lynnwood, WA 98037
City         State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Mihai Nicoura

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Tech Equipment | 2019, 2019, 2017, 2020, 2019, 2020, 2021 - Traded in these 7 Trucks for 7 different trucks. Debtor received no cash - the new banks received the trade-in-value. | 6/2022 | (Unknown) |
| | **Address** | | | |
| | 750 NE Columbia Blvd.<br>Street | | | |
| | Portland, OR 97211<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Stranger | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____<br>Street | From _____  To _____ |
| | _____<br>City          State     ZIP Code | |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?
☐ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| 18.1 | Chase Bank | XXXX– __ __ __ | ☑ Checking | 3/2022 | $0.00 |
| | Name | | ☐ Savings | | |
| | OH1-1188 | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | 340 S. Cleveland Ave. Bldg 370 | | ☐ Other | | |
| | Westerville, OH 43081-0000 | | _____ | | |
| | City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | | _____ | |
| | Street | **Address** | _____ | |
| | _____ | | _____ | |
| | City   State   ZIP Code | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ | _____ | _____ | ☐ No |
| | Name | _____ | _____ | ☐ Yes |
| | _____ | | _____ | |
| | Street | **Address** | _____ | |
| | _____ | | _____ | |
| | City   State   ZIP Code | _____ | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | | _____ | |
| Street | | _____ | |
| _____ | | _____ | |
| City   State   ZIP Code | | | |

Case 23-11814-MLB    Doc 1    Filed 09/26/23    Ent. 09/26/23 23:30:36    Pg. 52 of 66

Debtor  GBC Express, LLC
_____ 　　　　　Case number *(if known)* _____
　　　Name

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ <br> **Case number** <br> _____ | Name _____ <br> Street _____ <br> _____ <br> City　　　State　ZIP Code | _____ <br> _____ <br> _____ <br> _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City　　State　ZIP Code | Name _____ <br> Street _____ <br> _____ <br> City　　State　ZIP Code | _____ <br> _____ <br> _____ | _____ |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City　　State　ZIP Code | Name _____ <br> Street _____ <br> _____ <br> City　　State　ZIP Code | _____ <br> _____ <br> _____ | _____ |

Case 23-11814-MLB　　Doc 1　　Filed 09/26/23　　Ent. 09/26/23 23:30:36　　Pg. 53 of 66

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Tatyana Kashubskaya Accounting and Tax Solutions<br>Name<br>P.O. Box 183<br>Street<br><br>Renton, WA 98057<br>City                      State          ZIP Code | From 2015        To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Tatyana Kashubskaya Accounting<br>Name<br>P.O. Box 183<br>Street<br><br>Renton, WA 98057<br>City                      State          ZIP Code | From 2015        To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Tatyana Kashubskaya Accounting<br>Name<br>P.O. Box 183<br>Street<br><br>Renton, WA 98057<br>City                      State          ZIP Code | _____<br>_____<br>_____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| **Name and address** |
| --- |

26d.1.

_____
Name

_____
Street

_____

_____
City                 State         ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

_____
Name

_____
Street

_____

_____
City                 State         ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Mihai Nicoara | 10333 NE 1st St. Apt. 443 Bellevue, WA 98004 | President, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** Mihail Nicoara<br>Name<br><br>10333 NE 1st St. Apt. 443<br>Street<br><br><br>Bellevue, WA 98004<br>City       State     ZIP Code | None | | |

| Relationship to debtor |
|---|
| President |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/26/2023
            MM/ DD/ YYYY

**X** /s/ Mihail Nicoara                 Printed name _____ Mihail Nicoara _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ President _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name          GBC Express, LLC

United States Bankruptcy Court for the:

       Western District of Washington

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alliance Funding Group 17542 17th St 2nd Floor Tustin, CA 92780-0000 | | Money lent | | $70,000.00 | $30,000.00 | $70,000.00 |
| 2 | Amur Equipment Finance 304 W3rd Street PO Box 2555 Grand Island, NE 68801-0000 | | UCC1- 2021-238-4425-1, 2021-322-9497-9, 2022-062-1803-0 | | $411,000.00 | $205,000.00 | $206,000.00 |
| 3 | Blue Bridge Financial, LLC 11921 Freedom D. 1130 Reston, VA 20190 | | UCC1- 2021-236-3679-5 | | $74,432.12 | $35,000.00 | $74,432.12 |
| 4 | Chase Auto P.O. Box 901003 Fort Worth, TX 76101-0000 | | | | $126,197.31 | $86,627.00 | $39,570.31 |
| 5 | Commercial Credit Group 2135 City Gate Lane Suite 440 Naperville, IL 60563-0000 | | UCC1 | | $2,000,000.00 | $1,461,490.88 | $538,509.12 |
| 6 | De Lage Landen Financial Services, Inc. 1111 Old Eagle School Rd. Wayne, PA 19087 | | UCC1 # 2019-037-8269-1, 2019-098-3161-4,2019-107-5903-7, 2019-179-5599-9, 220-113-9728-9 | | $91,000.00 | $25,000.00 | $66,000.00 |
| 7 | Engs Commercial Finance Co One Pierce Place Suite 1100 West Itasca, IL 60143-0000 | | | | $102,941.79 | $60,000.00 | $88,073.75 |
| 8 | Financial Pacific Leasing Inc 3455 S 344th Way Suite 300 Federal Way, WA 98001-0000 | | Deficiency Balance | | | | $2,324.14 |

Case 23-11814-MLB   Doc 1   Filed 09/26/23   Ent. 09/26/23 23:30:36   Pg. 57 of 66

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Forward Financing 53 State St. 20th Floor Boston, MA 02109 | | 2022-193-4904-2 | | | | $63,589.00 |
| 10 | IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $30,000.00 |
| 11 | M2 Equipment Finance Suite 140 175 N Patrick Blvd Brookfield, WI 53045-0000 | | | | | | $200,000.00 |
| 12 | M2 Equipment Finance 175 N Patrick Blvd Suite 140 Brookfield, WI 53045-0000 | | Deficiency Balance | | | | $103,500.00 |
| 13 | M2 Equipment Finance 175 N Patrick Blvd Suite 140 Brookfield, WI 53045-0000 | | | | $115,000.00 | $100,000.00 | $15,000.00 |
| 14 | Mitsubishi HC Capital America Mitsubishi One Pierce Place Suite 1100 West Itasca, IL 60143-0000 | | | | | | $136,072.11 |
| 15 | North Mill Credit Trust 9 Executive Circle Suite 230 Irvine, CA 92614-0000 | | UCC 1 2022-091-1853-5, 2022-098-4562-2 | | $47,417.12 | $30,000.00 | $17,417.12 |
| 16 | Piolot Travel Centers, LLC 5508 Lonas Drive Knoxville, TN 37909 | | Fuel Purchases | | | | $17,621.42 |
| 17 | QL Titling Trust 9830 Bauer Dr. E Indianapolis, IN 46280 | | Deficiency Balance | | | | $61,214.36 |
| 18 | Samsun Horus, LLC 17 State St. New York, NY 10004 | | Judgment | | | | $419,951.78 |
| 19 | TopMark Funding LLC 516 Gibson Drive Suite 160 Roseville, CA 95678-0000 | | Money Lent | | | | $200,671.56 |
| 20 | Volvo Financial Services PO Box 91300 Mobile, AL 36691-1300 | | UCC1 2021-183-8373-4 | | $125,000.00 | $100,000.00 | $25,000.00 |

# United States Bankruptcy Court
## Western District of Washington

**In re**     GBC Express, LLC

Case No. _____

**Debtor**                                    Chapter _____ 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................... $5,000.00

Prior to the filing of this statement I have received ................................................................. $5,000.00

Balance Due ........................................................................................................................ $0.00

2.   The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Debtor will be charged hourly for work after filing at an agreed rate of $325.00 per hour

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/26/2023 | /s/ Steven Palmer |
|---|---|
| *Date* | Steven Palmer |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 48823
Curtis, Casteel & Palmer, PLLC.
Curtis, Casteel & Palmer, PLLC
3400 188th St. SW, STE 565 565
Lynnwood, WA 98037
Phone: (425) 409-2745

</div>

Curtis, Casteel & Palmer, PLLC.

*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

IN RE: **GBC Express, LLC**                                    CASE NO

                                                              CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/26/2023_____     Signature _____/s/ Mihail Nicoara_____
                                                    Mihail Nicoara, President

Alliance Funding Group
17542 17th St 2nd Floor
Tustin, CA 92780-0000


Amur Equipment Finance
304 W3rd Street
PO Box 2555
Grand Island, NE 68801-0000


Blue Bridge Financial, LLC
11921 Freedom D. 1130
Reston, VA 20190


Chase Auto
P.O. Box 901003
Fort Worth, TX 76101-0000


Commercial Credit Group
2135 City Gate Lane Suite 440
Naperville, IL 60563-0000


Commercial Funding Inc.
170 South Main St. 700
Salt Lake City, UT 84101


Curtis, Casteel & Palmer, PLLC.
Curtis, Casteel & Palmer, PLLC
3400 188th St. SW, STE 565 565
Lynnwood, WA 98037

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087

**Engs Commercial Finance Co**
One Pierce Place Suite 1100 West
Itasca, IL 60143-0000

**Financial Pacific Leasing Inc**
3455 S 344th Way Suite 300
Federal Way, WA 98001-0000

**Forward Financing**
53 State St. 20th Floor
Boston, MA 02109

**IRS Centralized Insolvency**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Law Office of Benjamin E.
Kelly PS**
9218 Roosevelt Way NE
Seattle, WA 98115

**M2 Equipment Finance**
175 N Patrick Blvd Suite 140
Brookfield, WI 53045-0000

**M2 Equipment Finance**
Suite 140
175 N Patrick Blvd
Brookfield, WI 53045-0000

**McGavick, Graves**
1102 Broadway 500
Tacoma, WA 98402

Mihail Nicoara
10333 NE 1st ST 443
Bellevue, WA 98004

Mitsubishi HC Capital America
One Pierce Place Suite 1100 West
Itasca, IL 60143-0000

Mitsubishi HC Capital America
Mitsubishi
One Pierce Place Suite 1100 West
Itasca, IL 60143-0000

North Mill Credit Trust
9 Executive Circle Suite 230
Irvine, CA 92614-0000

Orange Commercial Credit
2415 Heritage Court SW
Olympia, WA 98502

Pawnee Leasing Corporation
3801 Automation Wa 207
Fort Collins, CO 80525

Piolot Travel Centers, LLC
5508 Lonas Drive
Knoxville, TN 37909

PNC Equipment Finance
655 Business Center Dr
Horsham, PA 19044

Presidential Bank
4520 East-West Highway
Bethesda, MD 20814

QL Titling Trust
9830 Bauer Dr. E
Indianapolis, IN 46280

Quality Towing
14300 NE 193rd Pl Building A
Woodinville, WA 98072

Samsun Horus, LLC
17 State St.
New York, NY 10004

TopMark Funding LLC
516 Gibson Drive Suite 160
Roseville, CA 95678-0000

Volvo Financial Services
PO Box 91300
Mobile, AL 36691-1300

WABASH National Financial
Services
655 Business Center Dr. 250
Horsham, PA 19044

**United States Bankruptcy Court**
**Western District of Washington**

In re   **GBC Express, LLC** _____

                  Debtor(s)

Case No. _____

Chapter           **11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**GBC Express, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**09/26/2023**_____
Date

_____**/s/ Steven Palmer**_____

**Steven Palmer**
Signature of Attorney or Litigant
Counsel for _____**GBC Express, LLC**_____
**Bar Number: 48823**
**Curtis, Casteel & Palmer, PLLC.**
**Curtis, Casteel & Palmer, PLLC**
**3400 188th St. SW, STE 565 565**
**Lynnwood, WA 98037**
**Phone: (425) 409-2745**
**Email: spalmer@curtislaw-pllc.com**

1